MORRIS LEVINSON et al., Respondents, *v.* BERNARD SHAPIRO, Appellant.

(Submitted November 24, 1933; decided December 12, 1933.)

*Herman C. Pollack* for appellant.
*Isidor Wels* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.